DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

TALANA CHAMPION AND LORENZO LVING,     CV 09-735 (KAM)(ALC)

                                                                                    ORDER OF DISMISSAL
                                                                     Plaintiffs,

                         -against-

THE CITY OF NEW YORK, et al.

                                                                   Defendants.
------------------------------------------------------------

**WHEREAS**, the plaintiffs Talana Champion and Lorenzo Loving and defendants The City of New York and Dominic Caminiti have agreed to a settlement, and now desire to resolve the issues raised in this litigation between them, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that this action is hereby dismissed, with prejudice, and without costs, expenses and attorneys' fees.

Dated: New York, New York
           February /9 , 2010

Leventhal & Klein
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
        Brett Klein

SO ORDERED:

_____
HONORABLE KIYO A. MATSUMOTO, U.S.D.J.
UNITED STATES DISTRICT JUDGE

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
THE CITY OF NEW YORK and DOMINIC CAMINITI
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-9391
bmyrvold@law.nyc.gov

By: _____
        Barry Myrvold